# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| SAMANTHA STOVER,<br><br>Plaintiff,<br><br>vs.<br><br>AVIS BUDGET GROUP, BUDGET RENT A CAR SYSTEM, INC., AVIS BUDGET CAR RENTAL, LLC, BUDGET TRUCK RENTAL, LLC, AND DOES IV-V,<br><br>Defendants. | CASE NO. 18-60-BU-BMM-JCL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the *Joint Status Report to the Court* dated November 28, 2018, [Doc. 14] counsel for the Plaintiff Samantha Stover, J. Ben Everett, and counsel for the Defendants Avis Budget Group; Budget Rent a Car System, Inc.; Avis Budget Car Rental, LLC; Budget Truck Rental, LLC, (collectively, "Budget"), Murry Warhank, filed a *Stipulation of Dismissal With Prejudice* with the Court.

1

The parties stipulated that all claims in the above-captioned matter are dismissed with prejudice pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), each party to bear their own attorneys' fees and costs.

**IT IS ORDERED:**

1) This case is dismissed with prejudice; and

2) Each party will bear their own attorneys' fees and costs.

DATED this 5th day of December, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge